UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | MDL No. 2859 |
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION | 18-MD-2859 (PAC) 18-MC-2859 (PAC) **SHORT FORM COMPLAINT** **CASE NO. 1:23-cv-00971** |
| *This Document Relates to All Actions* | |
| *Margaret Fig v. Zimmer, Inc., Zimmer US, Inc., Zimmer Biomet Holdings, Inc. f/k/a Zimmer Holdings, Inc.* | |

-------------------------------------------------------------------------------x

1. Plaintiff, Margaret Fig, states and brings this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2. Plaintiff is filing this Short Form Complaint as permitted by this Court's Case Management Order 9 dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

**PARTIES, JURISDICTION AND VENUE**

3. Plaintiff, Margaret Fig, is a resident and citizen of the State of Florida and claims damages as set forth below.

4. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~ *[Cross out Spousal Claim if not applicable.]*

5. Venue of this case is appropriate in the United States District Court, Southern District of Florida. Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, Southern District of Florida. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6. Plaintiff brings this action *[check the applicable designation]*:

   __X__        On behalf of ~~himself~~/herself;

   _____        ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.  A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~  *[Cross out if not applicable.]*

## **FACTUAL ALLEGATIONS**

ALLEGATIONS AS TO **RIGHT-SIDE** IMPLANT/~~EXPLANT~~ SURGERY~~(IES)~~: *[CROSS OUT IF NOT APPLICABLE]*

7. Plaintiff was implanted with a Versys Femoral Head in ~~his~~/her right hip on or about June 18, 2013, at the Peconic Bay Medical Center, 1300 Roanoke Ave., Riverhead, NY 11901 by Dr. Peter Sultan.

8. Plaintiff was implanted with the following femoral stem during the June 18, 2013 implantation surgery:

   __X__        Zimmer M/L Taper

   _____        Zimmer M/L Taper with Kinectiv Technology

9. ~~Plaintiff had the following right hip components explanted on or about~~

~~_____, at _____ (medical center and address) by Dr. _____.:~~

~~_____    Versys femoral head~~

~~_____    Zimmer M/L Taper~~

~~_____    Zimmer M/L Taper with Kinectiv Technology~~

[*Cross out if not applicable.*]

10. ~~Plaintiff will have the right hip components at issue explanted on or about~~

~~_____, at _____ (medical center and address) by Dr.~~

~~_____.~~

~~[*Cross out if not applicable.*]~~

11. Plaintiff has not yet scheduled surgery for explantation of the right hip components at issue.   [*Cross out if not applicable.*]

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES): [*CROSS OUT IF NOT APPLICABLE*]

12. Plaintiff was implanted with a Versys Femoral Head in ~~his~~/her left hip on or about April 22, 2014, at the Peconic Bay Medical Center, 1300 Roanoke Ave., Riverhead NY 11901 by Dr. Peter Sultan.

13. Plaintiff was implanted with the following femoral stem during the April 22, 2014 implantation surgery:

   __X__    Zimmer M/L Taper

   _____  Zimmer M/L Taper with Kinectiv Technology

14. Plaintiff had the following left hip components explanted on or about September 1, 2022, at Stony Brook University Hospital, 101 Nicolls Rd., Stony Brook, NY 11794 by Dr.

3

James Nicholson:

  __X__        Versys femoral head

  __X__        Zimmer M/L Taper

  _____       Zimmer M/L Taper with Kinectiv Technology

15. ~~Plaintiff will have the left hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____. [Cross out if not applicable.]~~

16. ~~Plaintiff has not yet scheduled surgery for explantation of the left hip components at issue. [Cross out if not applicable.]~~

## ALLEGATIONS AS TO INJURIES

17. (a) Plaintiff claims damages as a result of (check all that are applicable):

  __X__        INJURY TO HERSELF/~~HIMSELF~~

  _____       INJURY TO THE PERSON REPRESENTED

  _____       WRONGFUL DEATH

  _____       SURVIVORSHIP ACTION

  __X__        ECONOMIC LOSS

(b) ~~Plaintiff's spouse claims damages as a result of (check all that are applicable): [Cross out if not applicable.]~~

  _____       ~~LOSS OF SERVICES~~

  _____       ~~LOSS OF CONSORTIUM~~

18. Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other

responsive documents provided to the Defendant and are incorporated by reference herein.

19. Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein. *[Cross out if not applicable.]*

20. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

21. Due to the nature of the defect, Plaintiff could not have known that the injuries he/she suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiff.

## **CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

    __X__    COUNT I - NEGLIGENCE;

    __X__    COUNT II - NEGLIGENCE PER SE;

    __X__    COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

    __X__    COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

    __X__    COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

    __X__    COUNT VI - BREACH OF EXPRESS WARRANTY;

    __X__    COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

|   X   | COUNT VIII - BREACH OF IMPLIED WARRANTIES; |
|---|---|
|   X   | COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS |
|   X   | COUNT X –NEGLIGENT MISREPRESENTATION |
|   X   | COUNT XI- FRAUDULENT CONCEALMENT |
|   X   | COUNT XII - UNJUST ENRICHMENT |
|      | COUNT XIII – LOSS OF CONSORTIUM |
|      | COUNT XIV – WRONGFUL DEATH |
|      | COUNT XV- SURVIVAL ACTION |

In addition to the above, Plaintiff assert the following additional causes of action under applicable state law:

|   X   | PUNITIVES DAMAGES |
|---|---|
|   X   | OTHER:  Post-Sale Duty to Warn under Florida law. |

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action;

3. For an award of attorneys' fees and costs;

4. For prejudgment interest and costs of suit;

5. Exemplary damages;

6. For restitution and disgorgement of profits; and,

7. For such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Date: February 6, 2023                                         Respectfully submitted,


                                                                              /s/ Jessica S. Williams
                                                                              John H. Gomez, Esq.
                                                                              Jessica S. Williams Esq.
                                                                              GOMEZ TRIAL ATTORNEYS
                                                                              655 West Broadway, Suite 1700
                                                                              San Diego, CA 92101
                                                                              (619) 237-3490
                                                                              (619) 237-3496 (Fax)
                                                                              jwilliams@thegomezfirm.com